MANUFACTURERS' COMMERCIAL COMPANY, Appellant, *v.* ROCHESTER RAILWAY COMPANY et al., Respondents.

*Manufacturers' Commercial Co.* v. *Rochester Ry. Co.*, 142 App. Div. 249, affirmed.

(Argued June 13, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1911, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to recover upon an alleged assigned claim of moneys due for materials furnished.

*George A. Carnahan* for appellant.

*Daniel M. Beach* and *J. S. L'Amoreaux* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Absent: HISCOCK, J.

---

GEORGE B. HEWLETT, Appellant, *v.* ANNA C. SEAMAN et al., Respondents.

*Hewlett* v. *Seaman*, 138 App. Div. 925, affirmed.

(Submitted June 14, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover money alleged to be due and for goods sold and delivered.

*Charles H. Stoddard* for appellant.

*James A. Seaman* and *Frederick W. Block* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Absent: HISCOCK, J.